DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JARED M. SECHRIST, ESQ.
Nevada Bar No. 10439
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:    (702) 634-5000
Facsimile:    (702) 380-8572
Email:  darren.brenner@akerman.com
Email:  jared.sechrist@akerman.com

*Attorneys for Bank of America, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No.: 3:15-cv-00291-MMD-WGC |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL OF ALL CLAIMS** |
| vs. | |
| RAINBOW BEND HOMEOWNERS ASSOCIATION; NIDA MIR, an individual; LAIQ MIR an individual; JUSTIN M. BRANSON an individual; ERICA V. BRANSON an individual; and PHIL FRINK & ASSOCIATES, INC. | |
| Defendants. | |

All parties appearing, including Bank of America, N.A. (**BANA**); Laiq and Nida Mir (the **Mirs**); and Rainbow Bend Homeowners Association (**Rainbow Bend**), hereby stipulate to dismiss all claims against all parties as follows:

1.    This matter relates to real property located at 176 Avenue De La Couleurs, Sparks, Nevada 89434 (the "Property").

2.    BANA is the beneficiary of a senior deed of trust encumbering the Property, which was recorded on or about April 11, 2008 as document number 0108839 in the official records of Storey County, Nevada, which secures a promissory note in the original principal amount of $147,910.00.

3.    BANA is the servicer of a junior deed of trust encumbering the Property, which was recorded on or about April 11, 2008 as document number 0108840 in the official records of Storey County, Nevada, which secures a promissory note in the original principal amount of $10,000.

46197740;1

AKERMAN LLP
1635 Village Center Circle, Suite 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

AKERMAN LLP
1635 Village Center Circle, Suite 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

4.     On or about October 18, 2012, Rainbow Bend Homeowners Association (the **HOA**), through its agent Phil Frink & Associates, Inc. (**Frink**), recorded a deed in foreclosure of assessment as document number 117507 in the official records of Storey County, Nevada, reflecting that the HOA purchased the property at the foreclosure sale on or about October 2, 2012.

5.     The Mirs acquired title to the property from the HOA via quitclaim deed recorded as document number 0121395 in the official records of Storey County, Nevada.

6.     On June 2, 2015, BANA initiated this lawsuit against the HOA, Frink, the Mirs, and Justin M. Branson and Erica V. Branson in the United States District Court, District of Nevada, case number 3:15-cv-00291-MMD-WGC.

7.     Frink has been previously dismissed from this action.  [ECF #70].

8.     Justin M. Branson and Erica V. Branson have not appeared herein and shall be voluntarily dismissed without prejudice.

9.     BANA, the Mirs and Rainbow Bend have agreed upon an amicable resolution of this matter in order to avoid the uncertainty and expense of litigation and for no other reason.

10.     Accordingly, BANA, the Mirs, and Rainbow Bend agree and stipulate the claims against the Mirs and Rainbow Bend  should be dismissed with prejudice, with each party bearing its own costs and attorney fees.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

46197740;1

2

11.      As consideration for the dismissal of the action and the agreement that each party shall bear its own fees and costs, BANA agrees to execute and record a release and reconveyance of the senior deed of trust, document number 0108839, referenced above in paragraph 2, and the junior deed of trust, document number 0108840, referenced above in paragraph 3.

**IT IS SO STIPULATED.**

DATED this 23rd day of August, 2018.

| **AKERMAN LLP** | **ROGER P. CROTEAU & ASSOCIATES, LTD.** |
|---|---|
| */s/ Jared M. Sechrist, Esq.* | */s/ Timothy Rhoda, Esq.* |
| DARREN BRENNER, ESQ. | ROGER P. CROTEAU, ESQ. |
| Nevada Bar No. 8386 | Nevada Bar No.4958 |
| JARED M. SECHRIST, ESQ. | TIMOTHY E. RHODA, ESQ. |
| Nevada Bar No. 10439 | Nevada Bar No. 7878 |
| 1635 Village Center Circle, Suite 200 | 9120 West Post Road, Suite 100 |
| Las Vegas, Nevada 89134 | Las Vegas, NV 89148 |
| | |
| *Attorneys for Bank of America, N.A.* | *Attorneys for Nida Mir and Laiq Mir* |

| **LIPSON NEILSON COLE SELTZER & GARIN, P.C.** |
|---|
| */s/ Peter E. Dunkley, Esq.* |
| KALEB D. ANDERSON, ESQ. |
| Nevada Bar No. 7582 |
| PETER E. DUNKLEY, ESQ. |
| Nevada Bar No. 11110 |
| JOSEPH P. GARIN, ESQ. |
| Nevada Bar No. 6653 |
| 9900 Covington Cross Drive, Suite 120 |
| Las Vegas, NV 89144 |
| |
| *Attorneys for Rainbow Bend Homeowners Association* |

AKERMAN LLP
1635 Village Center Circle, Suite 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

46197740;1

**ORDER**

In accordance with the above, it is hereby ORDERED that all claims are dismissed with prejudice, the lis pendens against the property shall be released, and BANA shall execute and record a release and reconveyance of the senior deed of trust, document number 0108839, and the junior deed of trust, document number 0108840 within 45 days after entry of this Order.

DATED this 23rd day of ___August___, 2018

_____
DISTRICT COURT JUDGE

**AKERMAN LLP**
1635 Village Center Circle, Suite 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

46197740;1